**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile  (559) 449-9016

Attorney for Defendant, SAMANTHA MOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>          Plaintiff,<br><br>vs.<br><br>SAMANTHA MOTT,<br><br>          Defendant. | CASE #6:07-mj-00059-WMW<br><br>STIPULATION TO CONTINUE<br>UNTIL MAY 29, 2007 |

IT IS HEREBY STIPULATED by and between the Defendant, SAMANTHA MOTT, his Attorney of record, Carol Ann Moses, and the Legal Officer for the National Park Service, ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently scheduled for May 22, 2007, at 10:00 a.m. be continued until May 29, 2007 at 10:00 a.m. due to unavailability of defense counsel.

Dated: May 17, 2007

By: /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
SAMANTHA MOTT

Dated: May 17, 2007

By: /s/ Elizabeth Waldow
Elizabeth Waldow
Legal Officer for
United States Government

| | |
|---|---|
| 1 | \* \* \* ORDER \* \* \* |
| 2 | The Court, having reviewed the above request for a Continuance of Status Conference |
| 3 | until May 29, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS: |
| 4 | 1. The Status Conference for Defendant, SAMANTHA MOTT, shall be |
| 5 | continued to May 29, 2007 at 10:00 a.m. |
| 7 | IT IS SO ORDERED. |
| 8 | **Dated:   May 18, 2007          /s/  William M. Wunderlich** |
|   | UNITED STATES MAGISTRATE JUDGE |